
FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Byron Scott Law DEFENDANT(S). | CASE NUMBER 16 MJ 1162 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _June 9_, _2016_, at _1:00_ ☒a.m. / ☐p.m. before the Honorable _Birx_, in Courtroom _duty_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
    (Other custodial officer)

Dated: _6/6/16_

_____
U.S. District Judge/Magistrate Judge